IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01736-WDM-KMT

GEORGE CHAMBERS,

    Plaintiff,

v.

PROWERS COUNTY HOSPITAL DISTRICT, (d/b/a Prowers Medical Center), and
QUORUM HEALTH RESOURCES LLC,

    Defendants.

---

**MINUTE ORDER**

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


The "Defendants' Unopposed Motion for Leave to Permit Insurance Adjuster to Participate in Settlement Conference by Telephone" (#31, filed February 25, 2008) is GRANTED. The client representative for Defendants is permitted to attend the settlement conference by telephone. Defendants' counsel shall ensure the representative's availability and the client representative shall remain available to counsel and the court until further notified by counsel. The client representative may contact the court by calling (303) 335-2780 should they have additional questions or need to reach their counsel during the conference.

Dated: February 27, 2008