IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01736-WDM-KMT

GEORGE CHAMBERS,

    Plaintiff,

v.

PROWERS COUNTY HOSPITAL DISTRICT, (d/b/a Prowers Medical Center), and
QUORUM HEALTH RESOURCES LLC,

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Motion for Leave to File Supplement of Additional Evidence in Support of Motions for Summary Judgment" (#40, filed April 3, 2008) is GRANTED. The discovery cut-off date is May 23, 2008 to allow for the taking of additional depositions contained in the motion. Plaintiff has up to and including June 12, 2008 to file response briefs to the Motions for Summary Judgment. Defendants have up to and including July 10, 2008 in which to reply to those responses.

Dated: May 19, 2008