IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-01736-WDM-KMT | FTR |
| **Date:** January 08, 2009 | Debra Brown, Deputy Clerk |
| GEORGE CHAMBERS | Gary M. Jackson<br>Neeti Pawar |
| Plaintiff, | |
| v. | |
| PROWERS COUNTY HOSPITAL DISTRICT, et al. | James Gordon Gaspich<br>Daniel Ray McCune |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session: 9:55 a.m.**

Court calls case. Appearances of counsel.

Discussion by the Court regarding the current posture of the case and the various pending motions.

**ORDERED:** Plaintiff's Motion to Reconsider) MOTION to Alter Judgment re [76] Order on Motion for Leave [Document #77, filed October 16, 2008] is **GRANTED**. Discovery is reopened for the sole purpose of allowing designation and deposition of Mark S. McNulty, Ph.D. Pace Economic Group, 6630 Gunpark Drive, Suite 200 Boulder, Colorado 80301. Defense Counsel shall have to March 08, 2009 to designate Rebuttal Expert, if desired. The new discovery cut-off is extended through April 08, 2008 to complete discovery on these issues only.

**ORDERED:** **FINAL PRETRIAL CONFERENCE continued to April 28, 2009 at 9:00 a.m. in Courtroom C-205, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.** An Amended Proposed Final Pretrial Order is due five (5) business days prior to hearing.

**Court in Recess: 10:16 a.m.**
Total In-Court Time 0:21; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.